UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KEYSTONE INDUSTRIAL SERVICES, INC., <br><br>       Plaintiff, <br><br>       v. <br><br> REAL ALLOY RECYCLING, LLC, <br><br>       Defendant. | Case No. 3:24-CV-631-GSL-AZ |

## ORDER

This matter is before the Court on Magistrate Judge Abizer Zanzi's Report and Recommendation, [DE 68], entered on May 12, 2025. For the reasons fully explained in the report, Judge Zanzi recommends that the District Court grant Counterclaim/Crossclaim Defendants' Motion to Set Aside Entry of Default, [DE 57], and vacate the entry of default entered on February 20, 2025, at [DE 45].

Over fourteen days have passed without any objections being filed, so the Court reviews the report and recommendation for clear error. *See* Fed. R. Civ. P. 72(b)(2); *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." (citations omitted)). The Court has reviewed the report and recommendation and finds no clear error.

Accordingly, the Court **ADOPTS** Judge Zanzi's Report and Recommendation in full, **GRANTS** Counterclaim/Crossclaim Defendants' Motion to Set Aside Entry of Default, [DE 57], and **VACATES** the entry of default entered on February 20, 2025 [DE 45].

SO ORDERED.

ENTERED: May 29, 2025

                                                          /s/ GRETCHEN S. LUND
                                                          Judge
                                                          United States District Court